IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ABSTON, | C 08-4362 MMC(PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| vs. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

On September 17, 2008, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of a conviction obtained in the Superior Court of Fresno County.[1] Petitioner has not paid the filing fee or submitted an application to proceed in forma pauperis.

Pursuant to 28 U.S.C. § 2241(d), venue for a habeas action is proper in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). Where the petition challenges a conviction or sentence, however, federal courts in California traditionally have chosen to hear such petition in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266

---

[1] That same date, plaintiff filed a civil rights complaint in which she also appears to be challenging the validity of the Fresno County conviction. By separate order filed concurrently herewith, that action has been dismissed as duplicative. (See People of the State of California v. Abston, C 08-4125 MMC (PR).)

(N.D. Cal. 1968); see also Habeas L.R. 2254-3(a)(1). In the instant action, petitioner was convicted in Fresno County, which is located within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Consequently, venue is proper in the Eastern District, not in the Northern District.

When venue is improper, the district court has the discretion to either dismiss the action or transfer it "in the interest of justice." See 28 U.S.C. § 1406(a). Accordingly, in the interest of justice, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

DATED: September 30, 2008

MAXINE M. CHESNEY
United States District Judge

2